# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# CIVIL DIVISION
# NO. 3:08-CV-589-RJC

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **ENTRY OF DEFAULT** |
| v. ) | |
| ) | |
| **$5,204.00 IN UNITED STATES** ) | |
| **CURRENCY,** ) | |
| ) | |
| **Defendant.** ) | |
| _____ ) | |

It appearing from plaintiff's application and from the record, including the Court's file, that the only claim previously filed in this matter has been dismissed prejudice and no other claims have been filed;

**I HEREBY ENTER DEFAULT** against all persons in the world.

Signed: May 26, 2009

Robert J. Conrad, Jr.
Chief United States District Judge